UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
MAILROOM
SEP 25 2026
Angela D. Caesar, Clerk
U.S. District & Bankruptcy Courts
for the District of Columbia

DERRICK MIKE ALLEN et. Al.
Plaintiff

vs. Civil Action No. 1:23-CV-03069

GUILFORD TECHNICAL COMMUNITY COLLEGE et. al.
Defendant

# NOTICE OF APPEAL

Notice is hereby given this 18TH day of SEPTEMBER, 2026, that

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgment of this Court entered on the 7TH day of JULY, 2026 in favor of GUILFORD TECHNICAL COMMUNITY COLLEGE et. AL. against said DERRICK MIKE ALLEN et. AL.

Derrick Mike Allen
Attorney or Pro Se Litigant

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK** Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

SEE, DERRICK MICHAEL ALLEN, SR. V. UNITED STATES OF AMERICA, CASE NO. 18-7123 [UNITED STATES SUPREME COURT (ALSO SEE, CASE NO. 17-4762, U.S. COURT OF APPEALS FOURTH CIRCUIT)]; DERRICK MIKE ALLEN V. BROOK, PIERCE, MCLENDON, HUMPHREY & LEONARD, PLLC 1:20-CV-001173 (NCMD);